# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1660
Lower Tribunal No. 2025-CP-000050

_____

LYDIA IMINZA KIGANI,

Appellant,

v.

BARBARA BURKS MCKENZIE and the ESTATE OF WILLIE ROLLINS,

Appellees.

_____

Appeal from the Circuit Court for Hardee County.
Brandon J. Rafool, Judge.

July 24, 2026

PER CURIAM.

DISMISSED. *See, e.g.*, *Al-Hakim v. Big Lots Stores, Inc.*, 161 So. 3d 568, 569 (Fla. 2d DCA 2014) ("Generally, when an order dismisses a complaint 'without prejudice,' that language signifies that the order is not a final order."); Fla. R. App. P. 9.130(3) (listing the types of nonfinal orders that are appealable, and omitting the nonfinal order at issue in this appeal). *See generally* Philip J. Padovano, 2 Fla. Prac., Appellate Practice § 23:2 (2026 ed.) (discussing finality of an order or judgment).

BROWNLEE, KAMOUTSAS and PRATT, JJ., concur.

Lydia Iminza Kigani, Lake Wales, pro se.

Jeff J. McKibben, Wauchula, for Appellee, Barbara Burks McKenzie.

No Appearance for Appellee, the Estate of Willie Rollins.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED